UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| Armando Rivas,<br><br>           Plaintiff,<br><br>v.<br><br>Santander Consumer USA, Inc.,<br><br>           Defendant. | Civil Action No.:  3:14-cv-00055-P |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing a dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 19, 2014

                                  Respectfully submitted,

                                  By  /s/ Jody B. Burton

                                  Jody B. Burton, Esq.
                                  CT Bar No. 422773
                                  LEMBERG LAW L.L.C.
                                  1100 Summer Street, 3rd Floor
                                  Stamford, CT 06905
                                  Telephone: (203) 653-2250
                                  Facsimile:  (203) 653-3424
                                  E-mail: jburton@lemberglaw.com
                                  Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 19, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF), which sent notice of such filing to the following parties listed below:

Aimee G. Szygenda, Esq.
Gregg D. Stevens, Esq.
Tatiana Alexander, Esq.
McGlinchey Stafford, PLLC
2711 N. Haskell Avenue
Suite 2750, LB 25
Dallas, Texas 75204
*Attorneys for Defendant*

                                            By /s/ Jody B. Burton
                                                Jody B. Burton, Esq.